Copies sent
gjm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-cr-577 (GHL)

**GAYLE MERRIFIELD**

Jerry Leek, Esq. (appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to an offense amended on the record.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Attempted Petit Larceny, in violation of Title 18, United States Code, Sections 7 & 13, assimilating Sections 110.00 and 155.25 of the NY State Penal Law.

**DATE OFFENSE CONCLUDED:** October 28, 2005

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is placed on one year of unsupervised probation. The fine is waived due to inability to pay. Defendant is further ordered to pay a $10.00 special assessment, payable no later than December 8, 2006. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that Count(s) <u>1 and 2</u> are dismissed on motion of the United States.

<u>    November 8, 2006    </u>
Date of Imposition of Sentence

<u>February 16, 2007</u>
DATE SIGNED

<u>George H. Lowe</u>
GEORGE H. LOWE
U.S. Magistrate Judge